UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAYNO CRUMB,<br><br>        Plaintiff<br><br>        v.<br><br>CAPTAIN D. MEADORS, et al.,<br><br>        Defendants. | Case No. CV 14-6718-DDP (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: December 22, 2016

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE