UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAYNO CRUMB,<br><br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>CAPTAIN D. MEADORS, et al.,<br><br>　　　　　Defendants. | Case No. CV 14-6718-DDP (GJS)<br><br>**AMENDED JUDGMENT** |

　　Pursuant to the Court's Order, IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: December 22, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE